## APPEALS ACCEPTED FOR REVIEW

**2004–1917. In re McBride.**

Hamilton App. No. C–040456, 158 Ohio App.3d 572, 2004-Ohio-5269.

RESNICK, PFEIFER and O'CONNOR, JJ., dissent.

**2004–1924. Steelton Village Market, Inc. v. Liquor Control Comm.**

Franklin App. No. 03AP–920, 2004-Ohio-5260.

PFEIFER and O'CONNOR, JJ., dissent.

**2004–1971. State v. Washatka.**

Cuyahoga App. No. 83679, 2004-Ohio-5384. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

MOYER, C.J., PFEIFER and O'CONNOR, JJ., dissent.

**2004–2002. State v. Mason.**

Cuyahoga App. No. 84061, 2004-Ohio-5388. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

**2004–2003. State v. Moore.**

Cuyahoga App. No. 83653, 2004-Ohio-5383. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.